AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Suzette Samanthia Mcnish,<br><br>Defendant(s) | )<br>)<br>) Case No. 20-6603-MJ-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of __November 18, 2020__ in the counties of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 963 | Conspiracy to Import a Controlled Substance; |
| 21 U.S.C. § 952(a) | Importation of a Controlled Substance |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

RAFAEL A MORONTA  *Digitally signed by RAFAEL A MORONTA*
*Date: 2020.11.19 14:39:31 -05'00'*

*Complainant's signature*

__Rafael A. Moronta, Special Agent, HSI__
*Printed name and title*

Attestd to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by Telephone.

*Judge's signature*

City and state: __Fort Lauderdale, Florida__   __Patrick M. Hunt, United States Magistrate Judge__
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL CONDUCT

I, Rafael Moronta, being duly sworn, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida, and have been so employed since 2011. As a HSI SA, I have participated in multiple narcotics investigations, arrest and seizures involving physical and electronic surveillance, execution of search, seizure and arrest warrants, investigations of international drug importations and also the dismantling of domestic drug distribution organizations.

2. I have received specialized training in conducting narcotics investigations, including studying the techniques used by smugglers to bring narcotics into the United States. I have become familiar with the investigation and enforcement of federal narcotics laws. Based upon this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific language used by narcotics trafficking operations, and the unique trafficking patterns employed by narcotics organizations. I am also familiar with the various methods generally utilized by traffickers to transport narcotics into the United States from other countries.

3. I submit this affidavit in support of a criminal complaint charging **Suzette Samanthia Mcnish ("MCNISH")** with Conspiracy to Import Cocaine, a Controlled Substance, in violation of Title 21, United States Code, Section 963, and Importation of Cocaine, a Controlled Substance, in violation of Title 21, United States Code, 952(a).

### PROBABLE CAUSE

4. On or about November 18, 2020, at approximately 2:46pm, MCNISH arrived at the Fort Lauderdale-Hollywood International Airport ("FLL") on JetBlue Flight 1576 from Kingston, Jamaica. MCNISH is a Jamaican citizen who arrived into FLL on a tourist visa.

1

5. Upon her arrival at FLL, MCNISH, who was traveling alone, was selected for inspection by U.S. Customs and Border Protection ("CBP"). MCNISH was asked by CBP if the checked luggage she was carrying, and its contents, belonged to her. MCNISH responded, "Yes." MCNISH was further asked if she had packed the luggage, and its contents herself. MCNISH again responded, "Yes."

6. MCNISH's luggage was placed on the x-ray belt for an examination. During a physical inspection of the contents within the luggage, CBP officers discovered abnormalities within the lining of a few items in the luggage, including a black leather-like binder and three (3) purses.

7. Upon a further inspection of the binder, a CBP officer noticed it was unusually thick and had loose stitching. The binder and three purses were taken into the examination room at FLL whereupon a CBP officer cut open the lining of the binder and discovered a vacuum-sealed plastic bag. Within the vacuum-sealed bag was a black paper-like material which concealed a white powdery substance. The white powdery substance field-tested positive for the presence of cocaine.

8. CBP officers then examined the three purses and discovered similar packaging and white powdery substance within the lining. The white powdery substance found in the purses also field-tested positive for the presence of cocaine.

9. The total weight of the seized cocaine was approximately 1.41 kilograms. From your Affiant's training and experience, the cocaine seized has an approximate street value of over $50,000.

10. Your Affiant conducted an interview with MCNISH in the English language, which was recorded. MCNISH was read her *Miranda* rights from a preprinted form. MCNISH waived her rights and agreed to make statements regarding the incident. MCNISH advised that she received the three purses and binder from a man in Jamaica prior to her departure to FLL. MCNISH admitted that she was also paid $1,000 in cash by the same man in Jamaica for her travel expenses from Jamaica to FLL and she was to be paid another $4,000 upon a successful delivery of the purses and binder to a local hotel.

2

MCNISH admitted that she never saw the cocaine, but based on the amount she was to be paid, believed the purses and binder likely contained drugs.

11. A records check revealed that MCNISH has had numerous international bookings in and out of the United States.

12. Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that on or about November 18, 2020, in Broward County, in the Southern District of Florida, Suzette Samanthia MCNISH, did violate Title 21, United States Code, Sections 963 (Conspiracy to Import Cocaine, a Controlled Substance) and 952(a) (Importation of Cocaine, a Controlled Substance.

**FURTHER AFFIANT SAYETH NAUGHT.**

RAFAEL A MORONTA
Digitally signed by RAFAEL A MORONTA
Date: 2020.11.19 14:37:19 -05'00'

RAFAEL A. MORONTA
Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
Telephone on this 19th Day of November, 2020.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3